**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-2030**

---

DORA L. ADKINS,

        Plaintiff - Appellant,

     v.

JP MORGAN CHASE BANK, N.A.,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Patricia Tolliver Giles, District Judge.  (1:24-cv-00894-PTG-WBP)

---

Submitted:  December 19, 2024           Decided:  December 23, 2024

---

Before KING and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Dora L. Adkins, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dora L. Adkins appeals the district court's order denying her motions for leave to file a proposed emergency complaint and a proposed amended emergency complaint, denying her application to proceed in forma pauperis, and closing the case pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), which requires a district court to dismiss those civil actions filed in forma pauperis that fail to state a claim on which relief may be granted. The dismissal of a claim for failure to state a claim on which relief may be granted is reviewed de novo. *Slade v. Hampton Rds. Reg'l Jail*, 407 F.3d 243, 248 (4th Cir. 2005). Although a pro se litigant's pleadings are to be construed liberally, *Erickson v. Pardus*, 551 U.S. 89, 94 (2007), her complaint "must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570, (2007)). Those "[f]actual allegations must be enough to raise a right to relief above the speculative level." *Twombly*, 550 U.S. at 555; *see Francis v. Giacomelli*, 588 F.3d 186, 193 (4th Cir. 2009) (noting that "plausibility standard requires a plaintiff to demonstrate more than a sheer possibility that a defendant has acted unlawfully" (internal quotation marks omitted)).

Adkins' proposed complaints fail to state plausible claims under Virginia law against Defendant for intentional infliction of emotional distress. *See Viers v. Baker*, 841 S.E.2d 857, 863 (Va. 2020); *Jordan v. Shands*, 500 S.E.2d 215, 218-19 (Va. 1998). Accordingly, we deny Adkins' motions to expedite review and seal decision and affirm the district court's order. *Adkins v. JP Morgan Chase Bank, N.A.*, No. 1:24-cv-00894-PTG-WBP (E.D. Va. Oct. 10, 2024). We dispense with oral argument because the facts and

2

legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*